**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ESTATE OF: BORIS KRICHMAR, DEC'D. | : | No. 94 EAL 2016 |
| | : | |
| | : | |
| PETITION OF: GALINA KRICHMAR AND DANIEL KRICHMAR | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| IN RE: ESTATE OF: BORIS KRICHMAR, DEC'D | : | No. 95 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: MANUEL SPIGLER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.